# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eddie L. Harding<br>　　　　Shannon V. Harding a/k/a<br>Shannon V. Yura<br>　　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-24726 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas (Atty ID: 317240)
　　　　　　　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　　　　　　　12 May 2022, 07:29:37, EDT

　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　　　　　　　　　Denise Carlon, Esq. (317226)　☐
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq. (315936) ☐
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com