IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY LOAN SERVICING, LLC ) | |
| f/k/a BAYVIEW LOAN SERVICING, ) | |
| LLC, as Servicer for LAKEVIEW LOAN ) | |
| SERVICING, LLC, ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LOSS MITIGATION**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Extension of Time to File Motion for Loss Mitigation filed on May 3, 2022, Doc. No. 90, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on May 3, 2022, Doc. No. 91, Responses to the Motion were to be filed and served no later than May 20, 2022.

    It is hereby respectfully requested that the Proposed Order filed on May 3, 2022, Doc. No. 90-2 be entered by the Court.

Dated: May 24, 2022                    /s/ Glenn R. Bartifay
                                              GLENN R. BARTIFAY, ESQUIRE
                                              Pa. Id. No. 68763
                                              Attorney for Movants/Debtors

                                              BARTIFAY LAW OFFICES, P.C.
                                              2009 Mackenzie Way, Suite 100
                                              Cranberry Township, PA 16066
                                              (412) 824-4011
                                              gbartifay@bartifaylaw.com