IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY LOAN SERVICING, LLC ) | |
| f/k/a BAYVIEW LOAN SERVICING, ) | |
| LLC, as Servicer for LAKEVIEW LOAN ) | |
| SERVICING, LLC, ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Loss Mitigation Order dated June 3, 2022, Doc. No. 103 was served on June 3, 2022 as follows:

By electronic notice addressed as follows:

Marisa Myers Cohen on behalf of Creditor Lakeview Loan Servicing, LLC.,
ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Alexandra Teresa Garcia on behalf of Creditor Lakeview Loan Servicing, LLC,
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas on behalf of Creditor Lakeview Loan Servicing, LLC.
bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

1

By regular mail addressed to:

Community Loan Servicing, LLC
f/k/a Bayview Loan Servicing, LLC
as Servicer for Lakeview Loan
Servicing, LLC
Att: Kevin Jones, Senior V.P.
4542 Stilley Road
Pittsburgh, PA 15227

                              Respectfully submitted,

Dated: June 3, 2022               /s/ Glenn R. Bartifay
                                          GLENN R. BARTIFAY, ESQUIRE
                                          Counsel for Debtors/Movants
                                          Pa. Id. No. 68763

                                          BARTIFAY LAW OFFICES, P.C.
                                          2009 Mackenzie Way, Suite 100
                                          Cranberry Township, PA 16066
                                          (412) 824-4011
                                          gbartifay@bartifaylaw.com