**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. HARDING, | ) ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) ) | FILED |
| | ) | Doc. # 90    6/3/22 10:11 am |
| | ) | CLERK |
| EDDIE L. HARDING and SHANNON V. HARDING, | ) ) | U.S. BANKRUPTCY COURT - WDPA |
| | ) | |
| Movants/Debtors, | ) ) | |
| vs. | ) ) | |
| COMMUNITY LOAN SERVICING, LLC f/k/a BAYVIEW LOAN SERVICING, LLC, as Servicer for LAKEVIEW LOAN SERVICING, LLC, | ) ) ) ) ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this __3rd__ day of __June__, 2022, it is hereby ORDERED that the time for Movants/Debtors Eddie L. Harding and Shannon V. Harding to file a motion for loss mitigation is extended up to and including May 2, 2022.

_____
JEFFERY A. DELLER, **jsf**
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24726-JAD |
| Eddie L. Harding | Chapter 13 |
| Shannon V. Harding | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |
| 14976324 | + | Alexandra T. Garcia, Esquire, 123 South Broad St., Sute 1400, Philadelphia, PA 19109-1029 |
| 15001141 | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15015775 | + | Jennifer Haas and Scott Craven, 486 Temona Drive, Pittsburgh PA 15236-4249 |
| 14976327 | | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14964378 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14976323 | + | Email/Text: bankruptcynotices@aarons.com | Jun 03 2022 23:27:00 | Aaron's Inc., 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 14961903 | + | Email/Text: bankruptcy@rentacenter.com | Jun 03 2022 23:27:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14976326 | | Email/Text: kburkley@bernsteinlaw.com | Jun 03 2022 23:27:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 15001139 | + | Email/Text: ebnjts@grblaw.com | Jun 03 2022 23:26:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14961904 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 03 2022 23:27:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14976325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2022 23:27:00 | Comenity Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15463182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 23:26:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14961906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2022 23:40:01 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14994766 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2022 23:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14961905 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 03 2022 23:27:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14989840 | | Email/Text: G06041@att.com | Jun 03 2022 23:27:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14990928 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 03 2022 23:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Case 18-24726-JAD   Doc 105   Filed 06/05/22   Entered 06/06/22 00:22:41   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14971821 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2022 23:39:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14982027 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2022 23:27:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961907 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2022 23:27:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961908 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2022 23:29:40 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14976328 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 23:27:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14961909 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 23:27:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14975092 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 23:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14962041 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 03 2022 23:29:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14993720 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 03 2022 23:27:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14976453 | + | Email/Text: ebnpeoples@grblaw.com | Jun 03 2022 23:26:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14961910 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2022 23:29:44 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14961911 | + | Email/Text: bankruptcy@sw-credit.com | Jun 03 2022 23:27:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14961912 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2022 23:29:35 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14993925 | + | Email/Text: bncmail@w-legal.com | Jun 03 2022 23:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14961913 | + | Email/Text: bncmail@w-legal.com | Jun 03 2022 23:27:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15056966 | | Email/Text: EDBKNotices@ecmc.org | Jun 03 2022 23:26:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14961914 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 03 2022 23:26:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14988252 | | Email/PDF: ebn_ais@aisinfo.com | Jun 03 2022 23:29:44 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14976329 | | Email/Text: bankruptcy_notices@wgresorts.com | Jun 03 2022 23:26:00 | Westgate Resorts, 5601 Windover Dr., Orlando, FL 32819 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14981812 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992196 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 37 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022                     Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC. bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Marianne Oliver | on behalf of Creditor Jennifer Haas moliver@lawgol.com  patti@lawgol.com |
| Marianne Oliver | on behalf of Creditor Scott Craven moliver@lawgol.com  patti@lawgol.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Samuel James Pasquarelli | on behalf of Defendant Clearview FCU sjp@sgkpc.com  pms@sgkpc.com |

TOTAL: 16