IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKR. NO. 18-24726-JAD |
| ) | |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY LOAN SERVICING, LLC ) | |
| f/k/a BAYVIEW LOAN SERVICING, ) | |
| LLC, as Servicer for LAKEVIEW LOAN ) | |
| SERVICING, LLC, ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Loss Mitigation Order dated June 3, 2022, Doc. No. 103 was served on June 10, 2022 by regular mail addressed as follows:

Community Loan Servicing, LLC
f/k/a Bayview Loan Servicing, LLC
as Servicer for Lakeview Loan
Servicing, LLC
Att: Kevin Jones, Senior V.P.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 10, 2022 | /s/ Glenn R. Bartifay |

GLENN R. BARTIFAY, ESQUIRE
Counsel for Debtors/Movants
Pa. Id. No. 68763

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com