IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | |
| Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIELLE DiPOFI and JASON ) | |
| DiPOFI, ) | |
| ) | |
| Respondents. ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on January 10, 2019, Doc. No. 26, Amended Schedule F filed on July 8, 2022, Doc. No. 112, and the Order of Court dated July 13, 2022, Doc. No. 115 were served as follows:

By electronic mail of the 341 Notice on January 10, 2019, Amended Schedule F on July 8, 2022, and the Order of Court on July 13, 2022, addressed as follows:

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail of the 341 Notice, Amended Schedule F and Order of Court on July 13, 2022, addressed as follows:

Danielle DiPofi and Jason DiPofi
2518 Homehurst Avenue
Pittsburgh, PA 15234

                                              Respectfully submitted,

Dated: July 13, 2022                /s/ Glenn R. Bartifay
                                              GLENN R. BARTIFAY, ESQUIRE
                                              Counsel for Debtors/Movants
                                              Pa. Id. No. 68763

                                              BARTIFAY LAW OFFICES, P.C.
                                              2009 Mackenzie Way, Suite 100
                                              Cranberry Township, PA 16066
                                              (412) 824-4011
                                              gbartifay@bartifaylaw.com