FILED
7/20/22 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: EDDIE L. HARDING and SHANNON V. HARDING, | ) ) ) ) ) ) ) | Case No. 18-24726-JAD<br><br>**Chapter 13**<br><br>Doc. # 120 |
| Debtor(s). | )X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   Debtors

☐   a motion to lift stay
      as to creditor   _____

☐   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated April 5, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from $1730.00 to $2,411.00 per month, effective August 2022; and/or the Plan term shall be changed from _____ months to _____ months.   .

[04/22]                                                    -1-

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: Westlake Financial to be paid $569.18 monthly commencing August 2022 for the duration of the plan per the Report of Financing filed by Debtors on July 12, 2022, Doc. No. 114. Debtors paid the June and July 2022 payments to Westlake Financial directly.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>20th</u> day of <u>   July   </u>, 2022

_____ jsf
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                                      Stipulated by:

/s/ Glenn R. Bartifay                               /s/ Owen Katz
Counsel to Debtor                                   Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24726-JAD |
| Eddie L. Harding | Chapter 13 |
| Shannon V. Harding | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Jennifer Haas, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| cr | + | Scott Craven, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| 14976324 | + | Alexandra T. Garcia, Esquire, 123 South Broad St., Suite 1400, Philadelphia, PA 19109-1029 |
| 15001141 | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15496503 | + | Danielle DiPofi and Jason DiPofi, 2518 Homehurst Avenue, Pittsburgh, PA 15234-3138 |
| 15015775 | + | Jennifer Haas and Scott Craven, 486 Temona Drive, Pittsburgh PA 15236-4249 |
| 14976327 | | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14964378 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2022 23:42:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976323 | + | Email/Text: bankruptcynotices@aarons.com | Jul 20 2022 23:33:00 | Aaron's Inc., 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 14961903 | + | Email/Text: bankruptcy@rentacenter.com | Jul 20 2022 23:33:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14976326 | | Email/Text: kburkley@bernsteinlaw.com | Jul 20 2022 23:33:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 15001139 | + | Email/Text: ebnjts@grblaw.com | Jul 20 2022 23:33:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14961904 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 20 2022 23:33:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14976325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:33:00 | Comenity Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15463182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 23:33:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14961906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 23:42:19 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14994766 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | | 98083-0657 |
| 14961905 | + Email/Text: electronicbkydocs@nelnet.net | Jul 20 2022 23:33:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14989840 | Email/Text: G06041@att.com | Jul 20 2022 23:33:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14990928 | + Email/Text: kburkley@bernsteinlaw.com | Jul 20 2022 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14971821 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:42:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14982027 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 20 2022 23:33:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961907 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 20 2022 23:33:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961908 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:42:15 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14976328 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 23:33:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14961909 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 23:33:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14975092 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 23:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14962041 | + Email/PDF: rmscedi@recoverycorp.com | Jul 20 2022 23:42:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14993720 | + Email/Text: csc.bankruptcy@amwater.com | Jul 20 2022 23:33:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14976453 | + Email/Text: ebnpeoples@grblaw.com | Jul 20 2022 23:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14961910 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:42:23 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14961911 | + Email/Text: bankruptcy@sw-credit.com | Jul 20 2022 23:33:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14961912 | + Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:05 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14993925 | + Email/Text: bncmail@w-legal.com | Jul 20 2022 23:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14961913 | + Email/Text: bncmail@w-legal.com | Jul 20 2022 23:33:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15056966 | Email/Text: EDBKNotices@ecmc.org | Jul 20 2022 23:32:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14961914 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2022 23:32:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14988252 | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 23:42:23 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14976329 | Email/Text: bankruptcy_notices@wgresorts.com | Jul 20 2022 23:33:00 | Westgate Resorts, 5601 Windover Dr., Orlando, FL 32819 |

TOTAL: 32

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 43 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981812 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992196 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC. bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Marianne Oliver | on behalf of Creditor Jennifer Haas moliver@lawgol.com patti@lawgol.com |
| Marianne Oliver | on behalf of Creditor Scott Craven moliver@lawgol.com patti@lawgol.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 43

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Samuel James Pasquarelli
   on behalf of Defendant Clearview FCU sjp@sgkpc.com  pms@sgkpc.com

TOTAL: 16