# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Eddie L. Harding and Shannon v. Harding, | Bankruptcy No. 18-24726-JAD |
| Debtors/Movants, | Chapter 13 |
| v. | Related to Document No. 103 |
| Communityu Loan servicing, LLC f/k/ Bayview Loan Servicing, LLC, as servicer for Lakeview Loan Serving, LLC, | Hearing Date and Time: N/A |
| Respondents. | |

## LOSS MITIGATION STATUS REPORT

This **Loss Mitigation Status Report** and the attached printout of the *Account History Page* from the Portal are submitted pursuant to *W.PA.LBR 9020-4(e)*.

Part 1: Loss Mitigation Status

    A.  The Loss Mitigation process was commenced by a Loss Mitigation Order dated 06-03-2022 (the "LMO"), entered at document number 103, in the above-captioned case.

    B.  The Debtor **is** current with all adequate protection payments pursuant to the LMO.

    C.  The Creditor **has** registered and posted its entire Core LMP Package on the Portal pursuant to the LMO.

    D.  The Debtor **has** uploaded a completed Core LMP Package through the Portal pursuant to the LMO.

    E.  The Creditor **has** acknowledged receipt of the Debtor's submission of the completed Core LMP Package pursuant to the LMO.

    F.  The Creditor **has** designated Kristi Berry as the single point of contact pursuant to the LMO.

    G.  The loan was transferred to NationStar/Mr. Cooper. Debtors changed the lender in the portal. The parties are proceeding with loss mitigation.

Part 2: Loss Mitigation Period

    A.  The Loss Mitigation Period is scheduled to terminate on 10/1/2022 pursuant to the LMO.

| | |
|---|---|
|  August 2, 2022 | /s/Glenn R. Bartifay |
| *Date* | Signed |
| | **Eddie L. Harding and Shannon V. Harding** |
| | *On Behalf of (Name of Debtor)* |
| |  Glenn R. Bartifay, Esquire |
| | *Name of Filer* |
| |  Bartifay Law Offices, P.C., 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066 |
| | *Address of Filer* |
| | gbartifay@bartifaylaw.com |
| | *Email Address of Filer* |
| | (412) 824-4011 |
| | *Phone Number of Filer* |

Pennsylvania   68763

*Bar I.D. and State of Admission*

Currently Viewing:

Borrower Name: Harding, Shannon
Property Address: 4542 Stilley Rd. Pittsburgh, PA 15227
Servicer Name: Mr. Cooper / Nationstar
Loan Number: RPS-695215178

## Full History

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| 06/10/2022 07:29:21 PM ET | Attorney | File Submitted |

File Submitted by Sally Fallat.
The following documents were submitted:
Harding (Loan #0002315590) - Borrower Authorization (Added 06-10-2022)
Harding (Loan #0002315590) - HAMP Request for Mortgage Assistance (RMA) (Added 06-10-2022)
Harding (Loan #0002315590) - Uniform Borrower Assistance Form (Added 06-10-2022)
Harding (Loan #0002315590) - Mortgage Assistance Application Form 710 (Added 06-10-2022)
Harding (Loan #0002315590) - Financial Statement (Added 06-10-2022)
Harding (Loan #0002315590) - Hardship Letter (Added 06-10-2022)
Harding (Loan #0002315590) - IRS Form 4506-C (Added 06-10-2022)
Harding (Loan #0002315590) - Dodd-Frank Certification (Added 06-10-2022)
Harding (Loan #0002315590) - Government Monitoring Data (Added 06-10-2022)
Harding (Loan #0002315590) - Bayview Mortgage Assistance Application (Added 06-10-2022)
Harding (Loan #0002315590) - Non-Borrower Contributions - Non-borrower proof of occupancy (Added 06-10-2022)
Harding (Loan #0002315590) - Non-Borrower Contributions - Proof of non-borrower income (Added 06-10-2022)
Harding (Loan #0002315590) - Non-Borrower Contributions - Non-Borrower credit authorization (Added 06-10-2022)
Harding (Loan #0002315590) - Unemployment and/or Welfare - Award Letter (Added 06-10-2022)
Harding (Loan #0002315590) - Unemployment and/or Welfare - Proof of payment (Added 06-10-2022)
Harding (Loan #0002315590) - Social Security Income (Added 06-10-2022)
Harding (Loan #0002315590) - Most Recent 2 Months Bank Statements (Added 06-10-2022)
Harding (Loan #0002315590) - Most Recent 2 Tax Returns (Added 06-10-2022)
Harding (Loan #0002315590) - Proof of Occupancy (Added 06-10-2022)
Harding (Loan #0002315590) - Proof of Bankruptcy Payments to Trustee (if applicable) (Added 06-10-2022)
Harding (Loan #0002315590) - Loss Mitigation Order (Added 06-10-2022)

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| 06/15/2022 08:42:50 AM ET | Attorney | Servicer Transfer |

**Servicer Transferred by:** Glenn Bartifay.
**Details:** Glenn Bartifay transferred submission from **Bayview Loan Servicing, LLC / Community Loan Servicing, LLC** to **Mr. Cooper / Nationstar**.
**Reason:** Debtor received a notice of transfer, which is attached..
**Attached Files:**
Harding (Loan #0002315590) - Transfer Letter 5-16-22.pdf (Added 06-15-2022)

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| 06/15/2022 08:42:51 AM ET | Attorney | File Resubmitted |

Glenn Bartifay resubmitted file for review:
**Reason:** Glenn Bartifay transferred submission from **Bayview Loan Servicing, LLC / Community Loan Servicing, LLC** to **Mr. Cooper / Nationstar**.
**Message:** Debtor received a notice of transfer, which is attached.
**Attached Files:**
Harding (Loan #0002315590) - Transfer Letter 5-16-22.pdf (Added 06-15-2022)

| Date | Activity By | Action Taken |
|---|---|---|
| 06/15/2022 08:47:04 AM ET | Attorney | Message Sent |

**From:** Glenn Bartifay (Borrower Attorney)
**Subject:** Loan No.
**Message:**
According to the transfer letter, the loan no. for Nationstar/Mr. Cooper/RightPath is 0695215178.

| Date | Activity By | Action Taken |
|---|---|---|
| 06/15/2022 11:28:01 AM ET | Servicer | Account Change |

**File Changed by:** Lazaro Granados.
**Change(s):**
Loan Number changed from 0002315590 to RPS-695215178.

| Date | Activity By | Action Taken |
|---|---|---|
| 06/27/2022 09:43:41 AM ET | Servicer | File Opened |

File Opened by Kristi Berry

| Date | Activity By | Action Taken |
|---|---|---|
| 06/27/2022 10:39:02 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Message:**
Hello,

The file has been placed into review for a modification. Once there is an update I will let you know.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 07/13/2022 08:29:10 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Message:**
Hello,

The file is missing documents. Please provide the following documents to continue the review.

-The contributor Eddie harding needs to complete the RMA as the co borrower or needs to complete the contributor application.

-Need proof of occupancy for Eddie harding. This can be a luxury bill such as internet bill, cable bill, credit card statement, cell phone bill, or bank statement. It can not be gas, water or electric bills.

-Need 2 most recent bank statements circling the deposit of ssi income and unemployment income.

Thank you,

**Attached Files:**
Harding (Loan #RPS-695215178) - Contributor Form.pdf (Added 07-13-2022)