# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 9/29/2022 |
| Case: 18–24726–JAD | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

15463182    Community Loan Servicing, LLC et al    4425 Ponce De Leon Blvd. 5th Floor    Coral Gables, Florida 33146

TOTAL: 1