IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. HARDING, ) ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| EDDIE L. HARDING and SHANNON V. HARDING, ) ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY LOAN SERVICING, LLC f/k/a BAYVIEW LOAN SERVICING, LLC, as Servicer for LAKEVIEW LOAN SERVICING, LLC, ) ) ) ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND THE LOSS MITIGATION PERIOD

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Loss Mitigation Period filed on November 30, 2022, Doc. No. 130, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to local rule, Responses to the Motion were to be filed and served no later than December 9, 2022.

It is hereby respectfully requested that the Proposed Order filed on November 30 2022, Doc. No. 130-3 be entered by the Court.

Dated: December 13, 2022   /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movants/Debtors

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com