IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. HARDING, | ) ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) ) | |
| | ) | Doc. # 130 |
| EDDIE L. HARDING and SHANNON V. HARDING, | ) ) | |
| | ) | |
| Movants/Debtors, | ) ) | |
| vs. | ) ) | |
| COMMUNITY LOAN SERVICING, LLC f/k/a BAYVIEW LOAN SERVICING, LLC, as Servicer for LAKEVIEW LOAN SERVICING, LLC, | ) ) ) ) ) | |
| Respondents. | ) | |

## ORDER

A *Loss Mitigation Order* dated June 3, 2022 was entered in the above matter at Document No. 103. On November 30, 2022, a **Motion to Extend the Loss Mitigation Period** was filed by Movants Eddie L. Harding and Shannon V. Harding ("Debtors").

**AND NOW**, this  14th  day of December                , 2022, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Loss Mitigation Period is *extended up to and including January 30, 2023. On or before February 6, 2023*, Debtors shall submit a LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

jsf

_____
JEFFERY A. DELLER,
United States Bankruptcy Court

PAWB Local Form 43 (04/14)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24726-JAD |
| Eddie L. Harding | Chapter 13 |
| Shannon V. Harding | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC, logsecf@logs.com |
| Glenn R. Bartifay | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |

| | |
|---|---|
| | on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Marianne Oliver | on behalf of Creditor Jennifer Haas moliver@lawgol.com patti@lawgol.com |
| Marianne Oliver | on behalf of Creditor Scott Craven moliver@lawgol.com patti@lawgol.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Samuel James Pasquarelli | on behalf of Defendant Clearview FCU sjp@sgkpc.com pms@sgkpc.com |

TOTAL: 17