IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY LOAN SERVICING, LLC ) | |
| f/k/a BAYVIEW LOAN SERVICING, ) | |
| LLC, as Servicer for LAKEVIEW LOAN ) | |
| SERVICING, LLC, ) | |
| ) | |
| Respondents. ) | |

CERTIFICATE OF SERVICE

     I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Interim Mortgage Modification Order dated January 13, 2023, Doc. No. 135 was served on January 13, 2023 as follows:

By electronic notice addressed as follows:

Marisa Myers Cohen on behalf of Creditor Lakeview Loan Servicing, LLC.,
ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Alexandra Teresa Garcia on behalf of Creditor Lakeview Loan Servicing, LLC,
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas on behalf of Creditor Lakeview Loan Servicing, LLC.
bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

1

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com;
LMP@chapter13trusteewdpa.com

By regular mail addressed to:

Community Loan Servicing, LLC
f/k/a Bayview Loan Servicing, LLC
as Servicer for Lakeview Loan
Servicing, LLC
Att: Kevin Jones, Senior V.P.
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

                                            Respectfully submitted,

Dated: January 13, 2023                   /s/ Glenn R. Bartifay
                                            GLENN R. BARTIFAY, ESQUIRE
                                            Counsel for Debtors/Movants
                                            Pa. Id. No. 68763

                                            BARTIFAY LAW OFFICES, P.C.
                                            2009 Mackenzie Way, Suite 100
                                            Cranberry Township, PA 16066
                                            (412) 824-4011
                                            gbartifay@bartifaylaw.com