IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. HARDING, | ) ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) ) | |
| | ) | Doc. # 138 |
| EDDIE L. HARDING and SHANNON V. HARDING, | ) ) ) | |
| | ) | |
| Movants/Debtors, | ) ) | |
| vs. | ) ) | |
| COMMUNITY LOAN SERVICING, LLC f/k/a BAYVIEW LOAN SERVICING, LLC, as Servicer for LAKEVIEW LOAN SERVICING, LLC, | ) ) ) ) ) | |
| Respondents. | ) | |

FILED
4/25/23 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

A *Loss Mitigation Order* dated June 3, 2022 was entered in the above matter at Document No. 103. On April 13, 2023, a ***Motion to Extend the Loss Mitigation Period*** was filed by Movants Eddie L. Harding and Shannon V. Harding ("Debtors").

**AND NOW**, this  25th  day of  April , 2023, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Loss Mitigation Period is *extended up to and including June 15, 2023. On or before June 22, 2023*, Debtors shall submit a LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

/s/ *(signature)* jsf
JEFFERY A. DELLER,
United States Bankruptcy Court

PAWB Local Form 43 (04/14)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24726-JAD |
| Eddie L. Harding | Chapter 13 |
| Shannon V. Harding | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing LLC, logsecf@logs.com |
| Glenn R. Bartifay | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Marianne Oliver
    on behalf of Creditor Jennifer Haas moliver@lawgol.com patti@lawgol.com

Marianne Oliver
    on behalf of Creditor Scott Craven moliver@lawgol.com patti@lawgol.com

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Samuel James Pasquarelli
    on behalf of Defendant Clearview FCU sjp@sgkpc.com pms@sgkpc.com

TOTAL: 17