**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 18-24726-JAD |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | FILED |
| ) | 5/17/23 2:37 pm |
| Debtors. ) | CHAPTER 13 |
| ) | CLERK |
| ) | Doc. # 140    U.S. BANKRUPTCY |
| ) | COURT - WDPA |
| EDDIE L. HARDING and SHANNON V. ) | |
| HARDING, ) | |
| ) | |
| Movants/Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| COMMUNITY LOAN SERVICING, LLC ) | |
| f/k/a BAYVIEW LOAN SERVICING, ) | |
| LLC, as Servicer for LAKEVIEW LOAN ) | |
| SERVICING, LLC, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

AND NOW, this 17th day of May, 2023, upon consideration of the Motion to Approve Permanent Mortgage Modification Agreement filed on April 27, 2023 by Movants Eddie L. Harding and Shannon V. Harding ("Debtors") against Respondent Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC as Servicer for Lakeview Loan Servicing, LLC ("Creditor"), it is hereby ORDERED that said motion is granted, and that the permanent mortgage modification agreement dated April 20, 2023 by and between Debtor Wife and Creditor, a true and correct copy of which is attached to said motion as Exhibit "A", is approved by the Court, said agreement containing the following terms, inter alia:

The principal balance is $117,147.07 as of June 1, 2023. The loan term expires on May 1, 2053. The interest rate is 6.5%. The initial escrow monthly payment for hazard insurance and realty taxes is $428.71 with a principal and interest monthly payment of $740.45 for a total initial monthly payment of $1,169.6 commencing June 1, 2023.

1

It is further ORDERED that the Chapter 13 Trustee shall disburse monthly payments through Debtors' Chapter plan.  Debtors shall file an amended plan or stipulated order modifying plan to account for the modified payment within 30 days of the date of this Order.

_____ jsf
JEFFERY A. DELLER,
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24726-JAD |
| Eddie L. Harding | Chapter 13 |
| Shannon V. Harding | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing LLC, logsecf@logs.com |
| Glenn R. Bartifay | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Marianne Oliver
    on behalf of Creditor Jennifer Haas moliver@lawgol.com  patti@lawgol.com

Marianne Oliver
    on behalf of Creditor Scott Craven moliver@lawgol.com  patti@lawgol.com

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Samuel James Pasquarelli
    on behalf of Defendant Clearview FCU sjp@sgkpc.com  pms@sgkpc.com

TOTAL: 17