IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Eddie L. Harding and
      Shannon V. Harding
           Debtors

: Bankruptcy No. 18-24726-JAD
: Chapter 13
:
:
:

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name: Jennifer Haas and Scott Craven, Creditors

    Incorrect Address: 200 First Avenue Ste 400 The Waterfront Building
                Pittsburgh PA 15222

Corrected Address:

    Creditor Name: Jennifer Haas and Scott Craven, Creditors

    Correct Address: 486 Temona Drive Pittsburgh PA  15236

Effective date: June 14, 2023

                              Respectfully submitted,

                              /s/Marianne Oliver
                              Marianne Oliver, Esquire
                              PA ID#46463
                              200 First Avenue Ste 400
                              The Waterfront Building
                              Pittsburgh PA  15222
                              412-391-9770
                              moliver@lawgol.com
                              Counsel for Jennifer Haas and Scott Craven

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Eddie L. Harding and
Shannon V. Harding
        Debtors

: Bankruptcy No. 18-24726-JAD
: Chapter 13
:
:
:

## CERTIFICATE OF MAILING OF NOTICE OF CHANGE OF ADDRESS

Glenn R. Bartifay, Esquire
2009 Mackenzie Way Suite 100
Cranberry Township, PA  16066

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA  15222

Ronda J. Winnecour, Esquire
Suite 3250 USX Tower
600 Grant Street
Pittsburgh PA  15219

Effective date: June 14, 2023

Respectfully submitted,

/s/Marianne Oliver
Marianne Oliver, Esquire
PA ID#46463
200 First Avenue Ste 400
The Waterfront Building
Pittsburgh PA  15222
412-391-9770
moliver@lawgol.com
Counsel for Jennifer Haas and Scott Craven