**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/2/23 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 18-24726-JAD** |
| **Eddie L. Harding** | ) | |
| **and Shannon V. Harding,** | ) | **Chapter 13** |
| | ) | |
| Debtors. | ) | **Related to Docket Nos. 62, 148 & 151** |

**STIPULATION AND CONSENT ORDER OF COURT**

AND NOW, to-wit, this _2nd_ day of _____August_____, 2023,  it is hereby ORDERED, ADJUDGED and DECREED upon consent of the parties that:

1.      On August 24, 2020, Peoples Natural Gas Company filed a Motion for Allowance of Administrative Claim at Docket No. 57.

2.      On September 16, 2020, a Default Order of Court was entered by this Honorable Court at Docket No. 62 which provided for $107.63 per month beginning October 2020 to be paid to Peoples Natural Gas through the Debtors' plan to account for its budget and post petition delinquency.

3.      On July 20, 2023 a Conciliation Hearing was held for the Amended Plan dated June 16, 2023 filed at Docket No. 148.

4.      At the time of the Conciliation Hearing on July 20, 2023, it was discussed that the Debtors recently received grants towards their Peoples Natural Gas account.

5.      A Confirmation Order of Court was entered by this Honorable Court on July 21, 2023 at Docket No. 151 which stated in Paragraph 1(K) "Peoples Gas to be paid per order of 9/16/20 (Doc. 57) subject to future stipulation".

6.      The Debtors and Peoples have reviewed the amounts paid on the account and have agreed to adjust the monthly payment paid by the Trustee's office through the Chapter 13 Plan from $107.63 to $80.00 per month.

*[Remainder of Page Intentionally Left Blank]*

-1-

7.    All other terms shall remain in full force and effect from the September 16, 2020 Default Order entered at Docket No. 62.

**SO ORDERED,** this _____2nd_____ day of _____August_____, 2023.

_____    jsf
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                                      Stipulated by:

/s/ Glenn R. Bartifay_____            /s/ Katherine DeSimone_____
Glenn R. Bartifay, Esquire              Katherine DeSimone, Esquire
PA ID  #68763                                PA ID #42575
2009 MacKenzie Way                      Chapter 13 Trustee's Office
Suite 100                                        U.S. Steel Tower, Suite 3250
Cranberry Township, PA 16066        600 Grant Street
412-824-4011                                 Pittsburgh, PA 15219
gbartifay@bartifaylaw.com             412-471-5566
*Counsel for Debtors*                       kdesimone@chapter13trusteewdpa.com
                                                      *Counsel for Chapter 13 Trustee*

Stipulated by:

/s/ Jeffrey R. Hunt_____
Jeffrey R. Hunt, Esquire
PA ID #90342
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com
*Counsel for Peoples Natural Gas Company LLC*

cc:  All Parties in Interest to be served by Clerk

-2-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24726-JAD |
| Eddie L. Harding | Chapter 13 |
| Shannon V. Harding | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 02, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Jennifer Haas, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| cr | + | Scott Craven, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| 14976324 | + | Alexandra T. Garcia, Esquire, 123 South Broad St., Sute 1400, Philadelphia, PA 19109-1029 |
| 15001141 | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15496503 | + | Danielle DiPofi and Jason DiPofi, 2518 Homehurst Avenue, Pittsburgh, PA 15234-3138 |
| 15015775 | + | Jennifer Haas and Scott Craven, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| 14976327 | | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14964378 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 03 2023 05:21:39 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976323 | + | Email/Text: bankruptcynotices@aarons.com | Aug 03 2023 05:19:00 | Aaron's Inc., 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 14961903 | + | Email/Text: bankruptcy@rentacenter.com | Aug 03 2023 05:19:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14976326 | | Email/Text: kburkley@bernsteinlaw.com | Aug 03 2023 05:19:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 15001139 | + | Email/Text: ebnjts@grblaw.com | Aug 03 2023 05:19:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14961904 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 03 2023 05:19:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14976325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2023 05:19:00 | Comenity Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15463182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 03 2023 05:19:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14961906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 05:31:57 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14994766 | | Email/Text: bnc-quantum@quantum3group.com | Aug 03 2023 05:19:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

|            |   |                                                            |                     |                                                                                     |
|------------|---|------------------------------------------------------------|---------------------|-------------------------------------------------------------------------------------|
|            |   |                                                            |                     | 98083-0657                                                                          |
| 14961905   | + | Email/Text: electronicbkydocs@nelnet.net                   | Aug 03 2023 05:19:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904                        |
| 14989840   |   | Email/Text: G06041@att.com                                 | Aug 03 2023 05:19:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14990928   | + | Email/Text: kburkley@bernsteinlaw.com                      | Aug 03 2023 05:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14971821   |   | Email/PDF: resurgentbknotifications@resurgent.com          | Aug 03 2023 05:21:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14982027   | + | Email/Text: LC-Bankruptcy-RF@loancare.net                  | Aug 03 2023 05:19:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961907   | + | Email/Text: LC-Bankruptcy-RF@loancare.net                  | Aug 03 2023 05:19:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262             |
| 14961908   |   | Email/PDF: resurgentbknotifications@resurgent.com          | Aug 03 2023 05:21:36 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602              |
| 14976328   | + | Email/Text: bankruptcydpt@mcmcg.com                        | Aug 03 2023 05:19:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14961909   | + | Email/Text: bankruptcydpt@mcmcg.com                        | Aug 03 2023 05:19:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710                 |
| 14975092   | + | Email/Text: bankruptcydpt@mcmcg.com                        | Aug 03 2023 05:19:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011                             |
| 14962041   | + | Email/PDF: rmscedi@recoverycorp.com                        | Aug 03 2023 05:21:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021               |
| 14993720   | + | Email/Text: csc.bankruptcy@amwater.com                     | Aug 03 2023 05:19:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578                       |
| 14976453   | + | Email/Text: ebnpeoples@grblaw.com                          | Aug 03 2023 05:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14961910   | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com       | Aug 03 2023 05:21:42 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952             |
| 15518950   | + | Email/Text: nsm_bk_notices@mrcooper.com                    | Aug 03 2023 05:19:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096                           |
| 14961911   | + | Email/Text: bankruptcy@sw-credit.com                       | Aug 03 2023 05:19:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958          |
| 14961912   | + | Email/PDF: gecsedi@recoverycorp.com                        | Aug 03 2023 05:21:39 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015                                |
| 14993925   | + | Email/Text: bncmail@w-legal.com                            | Aug 03 2023 05:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14961913   | + | Email/Text: bncmail@w-legal.com                            | Aug 03 2023 05:19:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673                      |
| 15056966   |   | Email/Text: EDBKNotices@ecmc.org                           | Aug 03 2023 05:18:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448                   |
| 14961914   | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 03 2023 05:18:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225                  |
| 14988252   |   | Email/PDF: ebn_ais@aisinfo.com                             | Aug 03 2023 05:21:42 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14976329   |   | Email/Text: bankruptcy_notices@wgresorts.com               | Aug 03 2023 05:19:00 | Westgate Resorts, 5601 Windover Dr., Orlando, FL 32819                              |
| 15505110   | + | Email/Text: bankruptcynotice@westlakefinancial.com         |                     |                                                                                     |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Aug 02, 2023 | Form ID: pdf900 | Total Noticed: 45

| | |
|---|---|
| Aug 03 2023 05:19:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981812 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992196 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC, logsecf@logs.com |
| Glenn R. Bartifay | on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com |

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Marianne Oliver
on behalf of Creditor Jennifer Haas moliver@lawgol.com  patti@lawgol.com

Marianne Oliver
on behalf of Creditor Scott Craven moliver@lawgol.com  patti@lawgol.com

Marisa Myers Cohen
on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Samuel James Pasquarelli
on behalf of Defendant Clearview FCU sjp@sgkpc.com  pms@sgkpc.com

TOTAL: 18