**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/13/2023

IN RE:

| | |
|---|---|
| EDDIE L. HARDING<br>SHANNON V. HARDING<br>4542 STILLEY RD.<br>PITTSBURGH, PA 15227<br>XXX-XX-3663     Debtor(s)<br><br>XXX-XX-0075 | Case No.18-24726 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/13/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TJX REWARDS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5854 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  830.10<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5561 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br><br>PHILADELPHIA, PA  19102 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LAKEVIEW LOAN SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br><br>ATLANTA, GA  30368 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:4-2<br><br>CLAIM:  200.00<br>COMMENT:  $@0%/STIP-PL*W/31*AMD CL=1253.53 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  7715 |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br><br>PLANO, TX  75024 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:NC<br><br>CLAIM:  300.00<br>COMMENT:  $/COE-PL@0%/PL*3.33/MO*ALSO LISTED/SCH G*W/8 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0381 |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br><br>PLANO, TX  75024 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD @ CID 7 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  0281 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA  15108-4212 | Trustee Claim Number:9   INT %:  6.00%<br>Court Claim Number:5<br><br>CLAIM:  12,285.17<br>COMMENT:  SURR/PL*19100/CL*W/29 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6160 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA  15108-4212 | Trustee Claim Number:10  INT %:  6.00%<br>Court Claim Number:7<br><br>CLAIM:  882.45<br>COMMENT:  $-%/COE-CONF*910 CLM/PL*4057.50@6%TTL/PL*W/33*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1854 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WHITEHALL BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE INC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 0.00<br>COMMENT: 247-J-95*$1347.63@10%/CL*THRU 12-18/CL*WNTS 10%*GU BAR OK*W/37*PD OUTS | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7J95 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 34,929.91<br>COMMENT: LOAN MOD @ 49 | | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 5178 |
| **WESTGATE VACATION VILLAS**<br>C/O WGR REGISTERED AGENTS<br>5601 WINDOVER DR<br>ORLANDO, FL 32819 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:NC1<br>CLAIM: 0.00<br>COMMENT: SURR/PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0051 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,673.32<br>COMMENT: NUM NT/SCH*NEG SAVINGS ACCT OPENED 7/14 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0068 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 4,690.00<br>COMMENT: LOAN 0002*4/18 DEBT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6160 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,776.77<br>COMMENT: COMENITY*ZALES | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2674 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO 63179-0336 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 52,029.69<br>COMMENT: X3665/SCH*GU BAR OK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3663 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 1,084.37<br>COMMENT: MACYS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0060 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 4,037.63<br>COMMENT: X0000/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7576 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 414.12<br>COMMENT: CAP 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9076 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1369 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY CPTL BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4018 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 864.77<br>COMMENT: X0855/SCH*COMENITY BANK*VCTR SCRT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2248 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5882 |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX 75007 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMCAST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8271 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 384.00<br>COMMENT: SYNCHRONY*TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5854 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 674.74<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4742 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 523.24<br>COMMENT: CHG OFF 4/23/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 7,011.64<br>COMMENT: LN 002*W/10*SURR@9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6160 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: LOAN MOD @ 49 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5178 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br>ATLANTA, GA  30368 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:4-2<br>CLAIM:  1,653.71<br>COMMENT:  $/DOE*NO GEN UNS/SCH*W/6*AMD C=600.18 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7715 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  951.81<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2728 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number:33  INT %:  6.00%<br>Court Claim Number:8<br>CLAIM:  3,175.05<br>COMMENT:  $-%/COE-CONF*4057.50@6%TTL/PL*NT/SCH*W/34*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 1854 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA  15108-4212 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  4,066.62<br>COMMENT:  UNSEC BAL/COE*NT/SCH*WNTS 14%*W/33*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1854 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:16-2<br>CLAIM:  7,381.49<br>COMMENT:  NT/SCH*BOA*JUDGMENT AR-09-01369*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3252 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  206.63<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7615 |
| **WHITEHALL BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE INC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  0.00<br>COMMENT:  247-J-95*THRU 12-18/CL*$448.72@0%/CL*NON%*GU BAR OK*W/11*PD OUSIDE/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 7J95 |
| **BALDWIN-WHITEHALL SD & BOROUGH OF BALI**<br>C/O JORDAN TAX SERVICE - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  4,012.80<br>COMMENT:  $@0%/CL-PL*NO ACCT NUM/CL*12~18*TIMELY | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 3663/0075 |
| **WHITEHALL BOROUGH (STORMWATER)**<br>C/O JORDAN TAX SVC - CURR YR CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  0.00<br>COMMENT:  247-J-95*THRU 12/17/18*$395.57@10%/CL*WNTS 10%*GU BAR OK*W/40*PD OUTSII | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 7J95 |
| **WHITEHALL BOROUGH (STORMWATER)**<br>C/O JORDAN TAX SVC - CURR YR CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  0.00<br>COMMENT:  247-J-95*THRU 12/17/18*$225.21@0%/CL*NON%*GU BAR OK*W/39*PD OUTSIDE/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 7J95 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account |
|---|---|---|
| **JENNIFER HAAS & SCOTT CRAVEN**<br>486 TEMONA DR<br>PITTSBURGH, PA 15236 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 5,571.75<br>COMMENT: NT/SCH*JDGMNT*W/42*TIMELY/CONF | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JENNIFER HAAS & SCOTT CRAVEN**<br>486 TEMONA DR<br>PITTSBURGH, PA 15236 | Trustee Claim Number:42  INT %: 6.00%<br>Court Claim Number:23<br>CLAIM: 2,850.00<br>COMMENT: CL23GOV@6%~TIMELY/CONF*T PMT/CONF*2580@0%/PL*JDGMNT*W/41 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **AARONS LLC\*\***<br>ATTN BANKRUPTCY DEPARTMENT - NOTICES<br>400 GALLERIA PKWY SE<br>SUITE 300<br>ATLANTA, GA 30339 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/OE*DK4PMT*BGN 8/23 DIST*DK! | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7817 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 7,439.86<br>COMMENT: LOAN MOD @ 49 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5178 |
| **JASON AND DANIELLE DIPOFI**<br>2518 HOMEHURST AVE<br>PITTSBURGH, PA 15234 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DSPTD/AMD F*7-8-22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WESTLAKE SERVICES LLC DBA WESTLAKE FNI**<br>3440 FLAIR DR LOCKBOX #840132<br>EL MONTE, CA 91731 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 0.00<br>COMMENT: PMT/STIP OE-CL*569.18x(41+2)=LMT/STIP OE*BGN 8/22/STIP OE-CONF~6/22 PER K | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2962 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:011<br>CLAIM: 0.00<br>COMMENT: PMT/LOAN MOD-CONF*1169.16x(31+2)=LMT*BGN 6/23 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5178 |
| **MARIANNE OLIVER ESQ**<br>GILARDI OLIVER & LOMUPO PA<br>200 FIRST AVE STE 400<br>THE WATERFRONT BUILDING<br>PITTSBURGH, PA 15222 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JENNIFER HAAS AND SCOTT CRAVEN | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |