Certificate Number: 16339-PAW-DE-040972533

Bankruptcy Case Number: 18-24726



16339-PAW-DE-040972533

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2026, at 4:05 o'clock PM EDT, Eddie Harding completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 13, 2026            By:    /s/Kris Krumal

Name:  Kris Krumal

Title:  Certified Financial Counselor