Certificate Number: 16339-PAW-DE-040972535

Bankruptcy Case Number: 18-24726



16339-PAW-DE-040972535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 13, 2026</u>, at <u>4:05</u> o'clock <u>PM EDT</u>, <u>Shannon Harding</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>May 13, 2026</u>            By:    <u>/s/Kris Krumal</u>

                                      Name:  <u>Kris Krumal</u>

                                      Title:   <u>Certified Financial Counselor</u>