**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **EDDIE L. HARDING** |
| Debtor 2 (Spouse, if filing) | **SHANNON V. HARDING** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number | **18-24726JAD** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**   LAKEVIEW LOAN SERVICING LLC

**Court claim no.** (if known):
11-2

**Last 4 digits** of any number you use to identify the debtor's account:   5  1  7  8

**Property Address:**   4542 STILLEY RD
Number        Street

PITTSBURGH                                        PA        15227
City                                              State     ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:**    **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:    $_____81,500.19

b.    The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>February 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $_____-0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Ronda J. Winnecour                                    Date    05/28/2026
_____                          _____
Signature

Trustee    Ronda J. Winnecour
           _____
           First Name          Middle Name          Last Name

Address    CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
           _____
           Number      Street

           PITTSBURGH                          PA      15219
           _____
           City                                State   ZIP Code

Contact phone    (412) 471-5566          Email    cmecf@chapter13trusteewdpa.com

| Debtor 1 | HARDING | | | Case Number 18-24726JAD | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 11 | LAKEVIEW LOAN SERVICING LLC | 03/25/2019 | 1112811 | Amounts Disbursed To Creditor | 2,021.34 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 04/26/2019 | 1116108 | Amounts Disbursed To Creditor | 1,105.12 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 05/24/2019 | 1119507 | Amounts Disbursed To Creditor | 1,027.09 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 06/25/2019 | 1122900 | Amounts Disbursed To Creditor | 81.23 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 07/29/2019 | 1126340 | Amounts Disbursed To Creditor | 1,001.83 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 08/27/2019 | 1129811 | Amounts Disbursed To Creditor | 1,576.88 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 09/24/2019 | 1133123 | Amounts Disbursed To Creditor | 1,119.79 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 10/24/2019 | 1136447 | Amounts Disbursed To Creditor | 120.12 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 11/25/2019 | 1139914 | Amounts Disbursed To Creditor | 20.73 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 12/23/2019 | 1143296 | Amounts Disbursed To Creditor | 1,653.72 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 01/28/2020 | 1146757 | Amounts Disbursed To Creditor | 1,239.09 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 02/25/2020 | 1150278 | Amounts Disbursed To Creditor | 132.64 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 03/23/2020 | 1153761 | Amounts Disbursed To Creditor | 966.28 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 04/27/2020 | 1157221 | Amounts Disbursed To Creditor | 88.16 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 08/25/2020 | 1169893 | Amounts Disbursed To Creditor | 606.44 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 09/28/2020 | 1172981 | Amounts Disbursed To Creditor | 645.63 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 10/26/2020 | 1176069 | Amounts Disbursed To Creditor | 1,402.91 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 11/24/2020 | 1179147 | Amounts Disbursed To Creditor | 1,167.93 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 12/21/2020 | 1182102 | Amounts Disbursed To Creditor | 1,146.00 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 01/25/2021 | 1185066 | Amounts Disbursed To Creditor | 965.89 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 02/22/2021 | 1188182 | Amounts Disbursed To Creditor | 1,131.09 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 03/26/2021 | 1191466 | Amounts Disbursed To Creditor | 1,132.46 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 04/26/2021 | 1194729 | Amounts Disbursed To Creditor | 1,206.92 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 05/25/2021 | 1197867 | Amounts Disbursed To Creditor | 1,130.58 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 06/25/2021 | 1201045 | Amounts Disbursed To Creditor | 1,129.06 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 07/26/2021 | 1204255 | Amounts Disbursed To Creditor | 650.13 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 08/26/2021 | 1207378 | Amounts Disbursed To Creditor | 1,159.90 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 09/24/2021 | 1210499 | Amounts Disbursed To Creditor | 657.85 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 10/25/2021 | 1213576 | Amounts Disbursed To Creditor | 1,155.05 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 11/22/2021 | 1216615 | Amounts Disbursed To Creditor | 1,056.20 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 12/23/2021 | 1219672 | Amounts Disbursed To Creditor | 698.80 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 01/26/2022 | 1222744 | Amounts Disbursed To Creditor | 80.64 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 02/23/2022 | 1225638 | Amounts Disbursed To Creditor | 805.91 |
| 11 | COMMUNITY LOAN SERVICING LLC S | 03/25/2022 | 1227614 | Amounts Disbursed To Creditor | 1,257.52 |
| 11 | COMMUNITY LOAN SERVICING LLC S | 04/26/2022 | 1230649 | Amounts Disbursed To Creditor | 1,644.51 |
| 11 | COMMUNITY LOAN SERVICING LLC S | 05/25/2022 | 1233691 | Amounts Disbursed To Creditor | 1,944.47 |
| | | | | Total for Claim Number 11: | 34,929.91 |
| 11 | COMMUNITY LOAN SERVICING LLC S | 06/27/2022 | 1236715 | Amounts Disbursed To Creditor | 245.04 |
| 11 | COMMUNITY LOAN SERVICING LLC S | 07/26/2022 | 1239722 | Amounts Disbursed To Creditor | 640.19 |
| 11 | COMMUNITY LOAN SERVICING LLC S | 08/24/2022 | 1242643 | Amounts Disbursed To Creditor | 473.54 |
| 11 | COMMUNITY LOAN SERVICING LLC S | 09/27/2022 | 1245493 | Amounts Disbursed To Creditor | 855.48 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 10/25/2022 | 1249213 | Amounts Disbursed To Creditor | 35.65 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 11/23/2022 | 1251990 | Amounts Disbursed To Creditor | 19.89 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 12/22/2022 | 1254760 | Amounts Disbursed To Creditor | 573.27 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 01/26/2023 | 1257488 | Amounts Disbursed To Creditor | 1,052.75 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 02/08/2023 | 1258855 | Prewritten Check To Creditor/Continuing De | 96.45 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 02/23/2023 | 1260117 | Amounts Disbursed To Creditor | 1,149.20 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 03/28/2023 | 1262880 | Amounts Disbursed To Creditor | 1,149.20 |
| 11 | LAKEVIEW LOAN SERVICING LLC | 04/25/2023 | 1265702 | Amounts Disbursed To Creditor | 1,149.20 |
| | | | | Total for Claim Number 11: | 7,439.86 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 05/25/2023 | 1268552 | Amounts Disbursed To Creditor | 241.65 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 06/26/2023 | 1271452 | Amounts Disbursed To Creditor | 792.77 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 07/25/2023 | 1274229 | Amounts Disbursed To Creditor | 508.74 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 08/25/2023 | 1276999 | Amounts Disbursed To Creditor | 1,025.00 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 09/26/2023 | 1279757 | Amounts Disbursed To Creditor | 498.26 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 10/25/2023 | 1282469 | Amounts Disbursed To Creditor | 639.58 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 11/27/2023 | 1285154 | Amounts Disbursed To Creditor | 662.96 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 12/21/2023 | 1287747 | Amounts Disbursed To Creditor | 690.28 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 01/26/2024 | 1290418 | Amounts Disbursed To Creditor | 1,398.28 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 02/26/2024 | 1293093 | Amounts Disbursed To Creditor | 1,975.44 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 03/26/2024 | 1295735 | Amounts Disbursed To Creditor | 1,443.92 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 04/25/2024 | 1298390 | Amounts Disbursed To Creditor | 1,475.68 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 05/29/2024 | 1301093 | Amounts Disbursed To Creditor | 3,847.30 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 06/25/2024 | 1303645 | Amounts Disbursed To Creditor | 764.58 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 07/25/2024 | 1306229 | Amounts Disbursed To Creditor | 1,536.08 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 09/25/2024 | 1311389 | Amounts Disbursed To Creditor | 771.23 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 10/25/2024 | 1313929 | Amounts Disbursed To Creditor | 1,560.26 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 11/25/2024 | 1316497 | Amounts Disbursed To Creditor | 1,556.84 |

| Debtor 1 | **HARDING** | | Case Number **18-24726JAD** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 12/23/2024 | 1318909 | Amounts Disbursed To Creditor | 1,554.74 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 01/28/2025 | 1321388 | Amounts Disbursed To Creditor | 770.13 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 02/25/2025 | 1323822 | Amounts Disbursed To Creditor | 1,553.35 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 03/26/2025 | 1326297 | Amounts Disbursed To Creditor | 1,553.19 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 04/25/2025 | 1328777 | Amounts Disbursed To Creditor | 1,469.82 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 05/23/2025 | 1331203 | Amounts Disbursed To Creditor | 17.12 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 06/25/2025 | 1333644 | Amounts Disbursed To Creditor | 1,423.60 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 07/25/2025 | 1336120 | Amounts Disbursed To Creditor | 1,422.85 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 08/26/2025 | 1338543 | Amounts Disbursed To Creditor | 1,427.20 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 09/25/2025 | 1340948 | Amounts Disbursed To Creditor | 1,428.39 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 10/24/2025 | 1343425 | Amounts Disbursed To Creditor | 1,432.48 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 11/21/2025 | 1345732 | Amounts Disbursed To Creditor | 1,272.66 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 12/23/2025 | 1348070 | Amounts Disbursed To Creditor | 621.97 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 01/27/2026 | 1350451 | Amounts Disbursed To Creditor | 1,243.95 |
| 11-2 | LAKEVIEW LOAN SERVICING LLC | 02/24/2026 | 1352798 | Amounts Disbursed To Creditor | 550.12 |

Total for Claim Number 11-2:  39,130.42

**Total for Part 4 - a (Postpetition Payments):**  **81,500.19**

## Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

EDDIE L. HARDING
SHANNON V. HARDING
4542 STILLEY RD.
PITTSBURGH, PA  15227

GLENN R BARTIFAY ESQ**
2009 MACKENZIE WAY STE 100
CRANBERRY TWP, PA  16066

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

RUSHMORE SERVICING
PO BOX 619096
DALLAS, TX  75261-9741

LAKEVIEW LOAN SERVICING LLC
C/O RUSHMORE SERVICING
PO BOX 619094
DALLAS, TX  75261-9741

Dated: 05/28/2026

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee