**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |
|---|---|
| EDDIE L. HARDING<br>SHANNON V. HARDING<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-24726 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 27, 2026

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/07/2018  and confirmed on 2/20/19 . The case was subsequently     Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 158,348.23 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 158,348.23 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 10,163.00 | |
|   Trustee Fee | 8,307.97 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,470.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC | 34,929.91 | 34,929.91 | 0.00 | 34,929.91 |
| Acct: 5178 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 7,439.86 | 7,439.86 | 0.00 | 7,439.86 |
| Acct: 5178 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 39,130.42 | 0.00 | 39,130.42 |
| Acct: 5178 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5178 | | | | |
| AARONS INC(*) | 200.00 | 200.00 | 0.00 | 200.00 |
| Acct: 7715 | | | | |
| ACCEPTANCE NOW | 300.00 | 300.00 | 0.00 | 300.00 |
| Acct: 0381 | | | | |
| ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0281 | | | | |
| WHITEHALL BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7J95 | | | | |
| WESTGATE VACATION VILLAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0051 | | | | |
| CLEARVIEW FCU** | 3,175.05 | 3,175.05 | 637.19 | 3,812.24 |
| Acct: 1854 | | | | |
| WHITEHALL BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7J95 | | | | |
| WHITEHALL BOROUGH (STORMWATER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7J95 | | | | |
| WHITEHALL BOROUGH (STORMWATER) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7J95 | | | | |
| CLEARVIEW FCU** | 12,285.17 | 12,285.17 | 2,739.63 | 15,024.80 |
| Acct: 6160 | | | | |
| CLEARVIEW FCU** | 882.45 | 882.45 | 183.35 | 1,065.80 |
| Acct: 1854 | | | | |
| | | | | 101,903.03 |
| Priority | | | | |
| GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| EDDIE L. HARDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BARTIFAY LAW OFFICES PC** | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
| GLENN R BARTIFAY ESQ** | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BARTIFAY LAW OFFICES PC** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5/22 | | | | |
| GLENN R BARTIFAY ESQ** | 750.00 | 750.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX3-25 | | | | |
| BALDWIN-WHITEHALL SD & BOROUGH O | 4,012.80 | 4,012.80 | 0.00 | 4,012.80 |
| Acct: XXXXX0075 | | | | |
| JENNIFER HAAS & SCOTT CRAVEN | 2,850.00 | 2,850.00 | 497.27 | 3,347.27 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 6,139.42 | 0.00 | 6,139.42 |
| Acct: 7817 | | | | |
| WESTLAKE SERVICES LLC DBA WESTLAI | 0.00 | 24,474.74 | 0.00 | 24,474.74 |
| Acct: 2962 | | | | |
| | | | | 37,974.23 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 830.10 | 0.00 | 0.00 | 0.00 |
| Acct: 5561 | | | | |
| CLEARVIEW FCU** | 1,673.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0068 | | | | |
| CLEARVIEW FCU** | 4,690.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6160 | | | | |
| MIDLAND FUNDING LLC | 1,776.77 | 0.00 | 0.00 | 0.00 |
| Acct: 2674 | | | | |
| US DEPARTMENT OF EDUCATION | 52,029.69 | 0.00 | 0.00 | 0.00 |
| Acct: 3663 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,084.37 | 0.00 | 0.00 | 0.00 |
| Acct: 0060 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 4,037.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7576 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 414.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9076 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1369 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4018 | | | | |
| MIDLAND FUNDING LLC | 864.77 | 0.00 | 0.00 | 0.00 |
| Acct: 2248 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5882 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8271 | | | | |
| MIDLAND FUNDING LLC | 384.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5854 | | | | |
| TD BANK USA NA** | 674.74 | 0.00 | 0.00 | 0.00 |
| Acct: 4742 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 523.24 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CLEARVIEW FCU** | 7,011.64 | 0.00 | 0.00 | 0.00 |
| Acct: 6160 | | | | |
| AARONS INC(*) | 1,653.71 | 0.00 | 0.00 | 0.00 |
| Acct: 7715 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 951.81 | 0.00 | 0.00 | 0.00 |
| Acct: 2728 | | | | |
| CLEARVIEW FCU** | 4,066.62 | 0.00 | 0.00 | 0.00 |

18-24726 JAD                                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1854 | | | | |
| MIDLAND FUNDING LLC | 5,998.10 | 0.00 | 0.00 | 0.00 |
| Acct: 3252 | | | | |
| MIDLAND FUNDING LLC | 206.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7615 | | | | |
| JENNIFER HAAS & SCOTT CRAVEN | 5,571.75 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON AND DANIELLE DIPOFI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5854 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE FORMERLY MCCABE WEISBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AARONS LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIANNE OLIVER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                          139,877.26

TOTAL CLAIMED
PRIORITY          6,862.80
SECURED          59,212.44
UNSECURED        94,443.01

Date: 05/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    EDDIE L. HARDING
    SHANNON V. HARDING
          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:18-24726 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-24726-JAD |
|---|---|
| Eddie L. Harding | Chapter 13 |
| Shannon V. Harding | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Jennifer Haas, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| cr | + | Scott Craven, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| 14976324 | + | Alexandra T. Garcia, Esquire, 123 South Broad St., Sute 1400, Philadelphia, PA 19109-1029 |
| 15496503 | + | Danielle DiPofi and Jason DiPofi, 2518 Homehurst Avenue, Pittsburgh, PA 15234-3138 |
| 15015775 | + | Jennifer Haas and Scott Craven, 486 Temona Drive, Pittsburgh PA 15236-4249 |
| 14964378 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2026 00:40:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976323 | + | Email/Text: bankruptcynotices@aarons.com | May 30 2026 00:26:00 | Aaron's Inc., 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 14961903 | + | Email/Text: bankruptcy@rentacenter.com | May 30 2026 00:26:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14976326 | | Email/Text: kburkley@bernsteinlaw.com | May 30 2026 00:26:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 15001139 | + | Email/Text: ebnjts@grblaw.com | May 30 2026 00:25:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15001141 | + | Email/Text: ebnjts@grblaw.com | May 30 2026 00:25:00 | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14961904 | + | Email/Text: bankruptcy@clearviewfcu.org | May 30 2026 00:26:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14976325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2026 00:25:00 | Comenity Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15463182 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2026 00:25:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14961906 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2026 00:40:37 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |

District/off: 0315-2        User: auto        Page 2 of 4

Date Rcvd: May 29, 2026        Form ID: pdf900        Total Noticed: 47

| ID | | Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14994766 | | Email/Text: bnc-quantum@quantum3group.com | May 30 2026 00:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14961905 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 30 2026 00:26:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14989840 | | Email/PDF: ais.dtv.ebn@aisinfo.com | May 30 2026 00:40:36 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14990928 | + | Email/Text: kburkley@bernsteinlaw.com | May 30 2026 00:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14976327 | ^ | MEBN | May 30 2026 00:23:45 | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14971821 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2026 00:40:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15698310 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2026 00:25:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14982027 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 30 2026 00:25:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961907 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 30 2026 00:25:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961908 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2026 00:40:36 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16458931 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2026 00:26:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14976328 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2026 00:26:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14961909 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2026 00:26:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14975092 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2026 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14962041 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2026 00:40:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14993720 | + | Email/Text: csc.bankruptcy@amwater.com | May 30 2026 00:26:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14976453 | + | Email/Text: ebnpeoples@grblaw.com | May 30 2026 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14961910 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2026 00:40:36 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15518950 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2026 00:25:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14961911 | + | Email/Text: bankruptcy@sw-credit.com | May 30 2026 00:26:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14961912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2026 00:40:49 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14993925 | + | Email/Text: bncmail@w-legal.com | May 30 2026 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14961913 | + | Email/Text: bncmail@w-legal.com | May 30 2026 00:25:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15056966 | | Email/Text: EDBKNotices@ecmc.org | | |

| | | May 30 2026 00:25:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
|---|---|---|---|
| 14961914 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 30 2026 00:25:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14988252 | Email/PDF: ebn_ais@aisinfo.com | May 30 2026 00:40:45 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14976329 | Email/Text: bankruptcy_notices@wgresorts.com | May 30 2026 00:25:00 | Westgate Resorts, 5601 Windover Dr., Orlando, FL 32819 |
| 15505110 | + Email/Text: bankruptcynotice@westlakefinancial.com | May 30 2026 00:26:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981812 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992196 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |

District/off: 0315-2                                                      User: auto                                                          Page 4 of 4

Date Rcvd: May 29, 2026                                         Form ID: pdf900                                              Total Noticed: 47

on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Heather Stacey Riloff

on behalf of Creditor Community Loan Servicing  LLC, logsecf@logs.com

Heather Stacey Riloff

on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com

Jeffrey Hunt

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt

on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Marianne Oliver

on behalf of Creditor Scott Craven moliver@lawgol.com  patti@lawgol.com

Marianne Oliver

on behalf of Creditor Jennifer Haas moliver@lawgol.com  patti@lawgol.com

Marisa Myers Cohen

on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Matthew Fissel

on behalf of Creditor Lakeview Loan Servicing  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Samuel James Pasquarelli

on behalf of Defendant Clearview FCU sjp@sgkpc.com  pms@sgkpc.com


TOTAL: 19