| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eddie L. Harding<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3663<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Shannon V. Harding<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0075<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–24726–JAD | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eddie L. Harding

Shannon V. Harding
aka Shannon V. Yura

7/21/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Case No. 18-24726-JAD

Eddie L. Harding
Chapter 13

Shannon V. Harding

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Jul 21, 2026 | Form ID: 3180W | Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Jennifer Haas, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| cr | + | Scott Craven, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| 14976324 | + | Alexandra T. Garcia, Esquire, 123 South Broad St., Sute 1400, Philadelphia, PA 19109-1029 |
| 15496503 | + | Danielle DiPofi and Jason DiPofi, 2518 Homehurst Avenue, Pittsburgh, PA 15234-3138 |
| 15015775 | + | Jennifer Haas and Scott Craven, 486 Temona Drive, Pittsburgh PA 15236-4249 |
| 14964378 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 22 2026 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 22 2026 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 22 2026 05:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976323 | + | Email/Text: bankruptcynotices@aarons.com | Jul 22 2026 01:52:00 | Aaron's Inc., 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 14961903 | + | Email/Text: bankruptcy@rentacenter.com | Jul 22 2026 01:52:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14976326 | | Email/Text: kburkley@bernsteinlaw.com | Jul 22 2026 01:52:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 15001139 | + | Email/Text: ebnjts@grblaw.com | Jul 22 2026 01:51:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15001141 | + | Email/Text: ebnjts@grblaw.com | Jul 22 2026 01:51:00 | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14961904 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 22 2026 01:52:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |

District/off: 0315-2                              User: auto                                    Page 2 of 4

Date Rcvd: Jul 21, 2026                           Form ID: 3180W                                Total Noticed: 49

| | | | |
|---|---|---|---|
| 14976325 | + EDI: WFNNB.COM | Jul 22 2026 05:43:00 | Comenity Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15463182 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 01:51:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14961906 | EDI: CITICORP | Jul 22 2026 05:43:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14994766 | EDI: Q3G.COM | Jul 22 2026 05:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14961905 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 22 2026 01:52:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 14989840 | EDI: DIRECTV.COM | Jul 22 2026 05:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14990928 | + Email/Text: kburkley@bernsteinlaw.com | Jul 22 2026 01:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14976327 | ^ MEBN | Jul 22 2026 01:51:14 | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14971821 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 01:56:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15698310 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 01:51:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14982027 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2026 01:51:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961907 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 22 2026 01:51:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14961908 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 01:57:06 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16458931 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2026 01:52:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14976328 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2026 01:52:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14961909 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2026 01:52:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14975092 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2026 01:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14962041 | + EDI: PRA.COM | Jul 22 2026 05:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14993720 | + Email/Text: csc.bankruptcy@amwater.com | Jul 22 2026 01:52:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 14976453 | + Email/Text: ebnpeoples@grblaw.com | Jul 22 2026 01:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14961910 | + EDI: PRA.COM | Jul 22 2026 05:43:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15518950 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 01:51:00 | RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14961911 | + Email/Text: bankruptcy@sw-credit.com | Jul 22 2026 01:52:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14961912 | + EDI: SYNC | Jul 22 2026 05:43:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5015 |
| 14993925 | + Email/Text: bncmail@w-legal.com | | Jul 22 2026 01:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14961913 | + EDI: WTRRNBANK.COM | | Jul 22 2026 05:43:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15056966 | Email/Text: EDBKNotices@ecmc.org | | Jul 22 2026 01:51:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14961914 | + EDI: VERIZONCOMB.COM | | Jul 22 2026 05:43:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14988252 | EDI: AIS.COM | | Jul 22 2026 05:43:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14976329 | Email/Text: bankruptcy_notices@wgresorts.com | | Jul 22 2026 01:51:00 | Westgate Resorts, 5601 Windover Dr., Orlando, FL 32819 |
| 15505110 | + Email/Text: bankruptcynotice@westlakefinancial.com | | Jul 22 2026 01:52:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981812 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992196 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |

District/off: 0315-2                                      User: auto                                      Page 4 of 4

Date Rcvd: Jul 21, 2026                                  Form ID: 3180W                                  Total Noticed: 49

Glenn R. Bartifay
                    on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
                    on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
                    on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
                    on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Heather Stacey Riloff
                    on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com

Heather Stacey Riloff
                    on behalf of Creditor Community Loan Servicing  LLC, logsecf@logs.com

Jeffrey Hunt
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
                    on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Marianne Oliver
                    on behalf of Creditor Jennifer Haas moliver@lawgol.com  patti@lawgol.com

Marianne Oliver
                    on behalf of Creditor Scott Craven moliver@lawgol.com  patti@lawgol.com

Marisa Myers Cohen
                    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Matthew Fissel
                    on behalf of Creditor Lakeview Loan Servicing  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael T. McKeever
                    on behalf of Creditor Lakeview Loan Servicing  LLC. mmckeever@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Samuel James Pasquarelli
                    on behalf of Defendant Clearview FCU sjp@sgkpc.com  pms@sgkpc.com


TOTAL: 20