### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    EDDIE L. HARDING
    SHANNON V. HARDING
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No.:18-24726 JAD

Chapter 13

Document No.: 192

FILED
7/21/26 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER OF COURT

AND NOW, this _____21st_____ day of _____July_____, 20 _26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Eddie L. Harding

Shannon V. Harding

    Debtors

Case No. 18-24726-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: auto          Page 1 of 4

Date Rcvd: Jul 21, 2026          Form ID: pdf900          Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eddie L. Harding, Shannon V. Harding, 4542 Stilley Rd., Pittsburgh, PA 15227-1326 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| cr | + | Jennifer Haas, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| cr | + | Scott Craven, 486 Temona Drive, Pittsburgh, PA 15236-4249 |
| 14976324 | + | Alexandra T. Garcia, Esquire, 123 South Broad St., Sute 1400, Philadelphia, PA 19109-1029 |
| 15496503 | + | Danielle DiPofi and Jason DiPofi, 2518 Homehurst Avenue, Pittsburgh, PA 15234-3138 |
| 15015775 | + | Jennifer Haas and Scott Craven, 486 Temona Drive, Pittsburgh PA 15236-4249 |
| 14964378 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 01:57:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976323 | + | Email/Text: bankruptcynotices@aarons.com | Jul 22 2026 01:52:00 | Aaron's Inc., 400 Galleria Pkwy SE, Suite 300, Atlanta, GA 30339-3182 |
| 14961903 | + | Email/Text: bankruptcy@rentacenter.com | Jul 22 2026 01:52:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14976326 | | Email/Text: kburkley@bernsteinlaw.com | Jul 22 2026 01:52:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 15001139 | + | Email/Text: ebnjts@grblaw.com | Jul 22 2026 01:51:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15001141 | + | Email/Text: ebnjts@grblaw.com | Jul 22 2026 01:51:00 | Borough of Whitehall/Baldwin-Whitehall School Dist, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14961904 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 22 2026 01:52:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14976325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2026 01:51:00 | Comenity Bank/Zales, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15463182 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2026 01:51:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14961906 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2026 01:57:06 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |

District/off: 0315-2                                    User: auto                                              Page 2 of 4

Date Rcvd: Jul 21, 2026                              Form ID: pdf900                                    Total Noticed: 47

14994766              Email/Text: bnc-quantum@quantum3group.com
                                                                    Jul 22 2026 01:52:00    Department Stores National Bank, c/o Quantum3
                                                                                            Group LLC, PO Box 657, Kirkland, WA
                                                                                            98083-0657
14961905          +  Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov
                                                                    Jul 22 2026 01:52:00    Dept Of Education/neln, 3015 Parker Rd, Aurora,
                                                                                            CO 80014-2904
14989840              Email/PDF: ais.dtv.ebn@aisinfo.com
                                                                    Jul 22 2026 01:57:13    Directv, LLC, by American InfoSource as agent,
                                                                                            PO Box 5008, Carol Stream, IL 60197-5008
14990928          +  Email/Text: kburkley@bernsteinlaw.com
                                                                    Jul 22 2026 01:52:00    Duquesne Light Company, c/o Bernstein-Burkley,
                                                                                            P.C., 707 Grant St., Suite 2200, Gulf Tower,
                                                                                            Pittsburgh, PA 15219-1945
14976327          ^  MEBN
                                                                    Jul 22 2026 01:51:15    Jordan Tax Service, 102 Rahway Road,
                                                                                            Canonsburg, PA 15317-3349
14971821              Email/PDF: resurgentbknotifications@resurgent.com
                                                                    Jul 22 2026 01:57:06    LVNV Funding, LLC, Resurgent Capital Services,
                                                                                            PO Box 10587, Greenville, SC 29603-0587
15698310          +  Email/Text: nsm_bk_notices@mrcooper.com
                                                                    Jul 22 2026 01:51:00    Lakeview Loan Servicing, LLC, C/O Rushmore
                                                                                            Servicing, PO Box 619096, Dallas, TX
                                                                                            75261-9096
14982027          +  Email/Text: LC-Bankruptcy-RF@loancare.net
                                                                    Jul 22 2026 01:51:00    Lakeview Loan Servicing, LLC, LoanCare, LLC,
                                                                                            3637 Sentara Way, Virginia Beach, VA
                                                                                            23452-4262
14961907          +  Email/Text: LC-Bankruptcy-RF@loancare.net
                                                                    Jul 22 2026 01:51:00    Loancare Servicing Ctr, 3637 Sentara Way,
                                                                                            Virginia Beach, VA 23452-4262
14961908              Email/PDF: resurgentbknotifications@resurgent.com
                                                                    Jul 22 2026 01:57:06    Lvnv Funding Llc, C/o Resurgent Capital
                                                                                            Services, Greenville, SC 29602
16458931          +  Email/Text: bankruptcydpt@mcmcg.com
                                                                    Jul 22 2026 01:52:00    Midland Credit Management, Inc., Po Box 2037,
                                                                                            Warren MI 48090-2037
14976328          +  Email/Text: bankruptcydpt@mcmcg.com
                                                                    Jul 22 2026 01:52:00    Midland Credit Management, Inc., 2365 Northside
                                                                                            Drive, Suite 300, San Diego, CA 92108-2710
14961909          +  Email/Text: bankruptcydpt@mcmcg.com
                                                                    Jul 22 2026 01:52:00    Midland Funding, 2365 Northside Dr Ste 30, San
                                                                                            Diego, CA 92108-2710
14975092          +  Email/Text: bankruptcydpt@mcmcg.com
                                                                    Jul 22 2026 01:52:00    Midland Funding LLC, PO Box 2011, Warren, MI
                                                                                            48090-2011
14962041          +  Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                                    Jul 22 2026 01:57:12    PRA Receivables Management, LLC, PO Box
                                                                                            41021, Norfolk, VA 23541-1021
14993720          +  Email/Text: csc.bankruptcy@amwater.com
                                                                    Jul 22 2026 01:52:00    Pennsylvania American Water, PO Box 578,
                                                                                            Alton, IL 62002-0578
14976453          +  Email/Text: ebnpeoples@grblaw.com
                                                                    Jul 22 2026 01:51:00    Peoples Natural Gas Company LLC, c/o S. James
                                                                                            Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh,
                                                                                            PA 15233-1828
14961910          +  Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                                    Jul 22 2026 01:57:03    Portfolio Recov Assoc, 120 Corporate Blvd Ste 1,
                                                                                            Norfolk, VA 23502-4952
15518950          +  Email/Text: nsm_bk_notices@mrcooper.com
                                                                    Jul 22 2026 01:51:00    RightPath Servicing, PO Box 619096, Dallas, TX
                                                                                            75261-9096
14961911          +  Email/Text: bankruptcy@sw-credit.com
                                                                    Jul 22 2026 01:52:00    Southwest Credit Syste, 4120 International Pkwy,
                                                                                            Carrollton, TX 75007-1958
14961912          +  Email/PDF: ais.sync.ebn@aisinfo.com
                                                                    Jul 22 2026 01:57:12    Syncb/tjx Cos, Po Box 965015, Orlando, FL
                                                                                            32896-5015
14993925          +  Email/Text: bncmail@w-legal.com
                                                                    Jul 22 2026 01:52:00    TD Bank USA, N.A., C O WEINSTEIN &
                                                                                            RILEY, PS, 2001 WESTERN AVENUE, STE
                                                                                            400, SEATTLE, WA 98121-3132
14961913          +  Email/Text: bncmail@w-legal.com
                                                                    Jul 22 2026 01:51:00    Td Bank Usa/targetcred, Po Box 673, Minneapolis,
                                                                                            MN 55440-0673
15056966              Email/Text: EDBKNotices@ecmc.org

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 47

| | | Jul 22 2026 01:51:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 14961914 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 22 2026 01:51:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14988252 | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2026 01:56:57 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14976329 | Email/Text: bankruptcy_notices@wgresorts.com | Jul 22 2026 01:51:00 | Westgate Resorts, 5601 Windover Dr., Orlando, FL 32819 |
| 15505110 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jul 22 2026 01:52:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981812 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14992196 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Plaintiff Shannon V. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |

District/off: 0315-2                          User: auto                                    Page 4 of 4

Date Rcvd: Jul 21, 2026                       Form ID: pdf900                               Total Noticed: 47

|  |  |
|---|---|
|  | on behalf of Debtor Eddie L. Harding gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Heather Stacey Riloff | on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com |
| Heather Stacey Riloff | on behalf of Creditor Community Loan Servicing  LLC, logsecf@logs.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall/Baldwin-Whitehall School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Marianne Oliver | on behalf of Creditor Jennifer Haas moliver@lawgol.com  patti@lawgol.com |
| Marianne Oliver | on behalf of Creditor Scott Craven moliver@lawgol.com  patti@lawgol.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Michael T. McKeever | on behalf of Creditor Lakeview Loan Servicing  LLC. mmckeever@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Samuel James Pasquarelli | on behalf of Defendant Clearview FCU sjp@sgkpc.com  pms@sgkpc.com |


TOTAL: 20