**Fill in this information to identify the case:**

Debtor 1: Eddie L. Harding

Debtor 2 (Spouse, if filing): Shannon V. Harding aka Shannon V. Yura

United States Bankruptcy Court for the: WESTERN District of PA (State)

Case number: 18-24726-JAD

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC.

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 8024

**Date of payment change:** Must be at least 21 days after date of this notice: 12/01/2021

**New total payment:** Principal, interest, and escrow, if any: $1,311.75

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 550.09        New escrow payment: $ 762.81

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Eddie L. Harding | Case number (*if known*) 18-24726-JAD |
|---|---|---|
| | First Name   Middle Name   Last Name | |

**Part 4:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Lauren M. Moyer
Signature

Date 11/09/2021

Print: Lauren M. Moyer
First Name   Middle Name   Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

Address: 123 S. Broad Street, Suite 1400
Number   Street

Philadelphia, PA 19109
City   State   ZIP Code

Contact phone ( 215 ) 790 – 1010

Email ecfmail@mwc-law.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**