**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Eddie L. Harding and Shannon V. Harding aka Shannon V. Yura<br>                    Debtors<br><br>LoanCare, a Division of FNF Servicing, Inc. N.K.A. LoanCare, LLC, or its Successor or Assignee<br>                    Movant<br><br>                    vs.<br><br>Ronda J. Winnecour<br>Eddie L. Harding and Shannon V. Harding aka Shannon V. Yura<br>                    Respondents | Chapter 13<br><br>Bankruptcy No. 18-24726-JAD<br><br>Related to Document Nos. |

## CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I, Lauren M. Moyer, attorney for LoanCare, a Division of FNF Servicing, Inc. N.K.A. LoanCare, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 9, 2021

| | | |
|---|---|---|
| Eddie L. Harding<br>4542 Stilley Road<br>Pittsburgh, Pennsylvania 15227<br><br>Shannon V. Harding aka Shannon V. Yura<br>4542 Stilley Road<br>Pittsburgh, Pennsylvania 15227 | Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066<br>Attorney for Debtors<br><br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, Pennsylvania 15222 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, Pennsylvania 15219<br>Trustee |

/s/ Lauren M. Moyer
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
LAUREN M. MOYER, ESQUIRE ID # 320589
JAMES FRENCH, ESQUIRE ID # 319597
JOSPEH I. FOLEY, ESQUIRE ID # 314675

CHELSEA NIXON, ESQUIRE ID # 324130
Attorney for LoanCare, a Division of FNF Servicing, Inc.
N.K.A. LoanCare, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com